## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**MARIA YOURGLASS,**

    **Plaintiff,**

**v.**

**PROGRESSIVE NORTHERN**
**INSURANCE COMPANY, et al,**

    **Defendants.**                   **No. 14-cv-221-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 27, 2015, this case is **DISMISSED** with prejudice.

                   **JUSTINE FLANAGAN,**
                   **ACTING CLERK OF COURT**

                   BY:       /s/*Caitlin Fischer*
                             **Deputy Clerk**

Dated:  June 1, 2015

Digitally signed by David R. Herndon
Date: 2015.06.01 15:43:55 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT